1  DANIEL MALAKAUSKAS, SBN 265903
   P.O. Box 7006
2  Stockton, CA 95267
   Telephone: (866)790-2242
3  Facsimile: (888)802-2440

4  Attorney for Plaintiff:
   CYNTHIA HOPSON
5

6

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9                            **FRESNO DIVISION**

10

11                                              | **CASE NO.: 1:14-cv-02057-SAB**

12  CYNTHIA HOPSON,                             | **PLAINTIFF'S MOTION FOR CONTINUANCE OF THE PRETRIAL SCHEDULING CONFERENCE AND ORDER THEREON**

13

14              PLAINTIFF,

15

16

17       v.

18  FARZIN FIROOZMAND, FLORIA
    FIROOZMAND, JOGINDER SINGH dba
19  RIVER ROAD GENERAL STORE, and
    DOES 1-10, inclusive,
20

21              DEFENDANTS.

22
   **LET THIS HONORABLE COURT TAKE NOTICE:**
23

24

25       Plaintiff hereby submits, and requests, through this motion for a continuance of the

26  pretrial scheduling conference, that the court, through its tolerance, continue the scheduled

27  pretrial scheduling conference for at least sixty (60) days, in which to give plaintiff the necessary

28  time to finish serving defendants with process.


**MOTION FOR A CONTINUANCE OF THE PRETRIAL SCHEDULING
CONFERENCE AND ORDER THEREON**                                             1

Date: March 29th, 2015                                        Respectfully Submitted,


                                                              /s/Daniel Malakauskas
                                                              By: Daniel Malakauskas
                                                              Attorney for Plaintiff,
                                                              CYNTHIA HOPSON


### ORDER

**IT IS HEREBY ORDERED**, that Plaintiff's request for a continuance is granted. The Mandatory Scheduling Conference presently set for Tuesday, March 31, 2015 at 9:30 a.m. is **CONTINUED to Tuesday, June 9, 2015 at 3:00 p.m. in Courtroom 9 before the Hon. Stanley A. Boone**. A Joint Scheduling Report carefully prepared and executed by all counsel/pro se parties shall be electronically filed in CM/ECF one (1) full week prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated:   **March 30, 2015**                                   _____
                                                              UNITED STATES MAGISTRATE JUDGE

**MOTION FOR A CONTINUANCE OF THE PRETRIAL SCHEDULING CONFERENCE AND ORDER THEREON**                                                                 2