1 | DANIEL MALAKAUSKAS, SBN 265903
2 | P.O. Box 7006
  | Stockton, CA 95267
  | Telephone: (866)790-2242
3 | Facsimile: (888)802-2440

4 | Attorney for Plaintiff:
  | CYNTHIA HOPSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| CYNTHIA HOPSON, | **CASE NO.: 1:14-cv-02057-SAB** |
| PLAINTIFF, | **PLAINTIFF'S MOTION FOR CONTINUANCE OF THE PRETRIAL SCHEDULING CONFERENCE AND ORDER GRANTING THEREOF** |
| v. | |
| FARZIN FIROOZMAND, FLORIA FIROOZMAND, JOGINDER SINGH dba RIVER ROAD GENERAL STORE, and DOES 1-10, inclusive, | |
| DEFENDANTS. | |

**LET THIS HONORABLE COURT TAKE NOTICE:**

Plaintiff hereby submits, and requests, through this motion for a continuance of the pretrial scheduling conference, that the court, through its tolerance, continue the scheduled pretrial scheduling conference for at least thirty (30) days, in which to give plaintiff the necessary time to finish serving defendants with process.

1

1  Date:  June 2nd, 2015                                             Respectfully Submitted,
2
3                                                                             /s/Daniel Malakauskas
4                                                                             By: Daniel Malakauskas
                                                                              Attorney for Plaintiff,
5                                                                             CYNTHIA HOPSON
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

**IT IS HEREBY ORDERED**, that the Scheduling Conference is continued from June 9, 2015 to July 20, 2015 at 3:30 p.m. before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **June 3, 2015**

UNITED STATES MAGISTRATE JUDGE