# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>            Plaintiff,<br><br>      v.<br><br>FARZIN FIROOZMAND, et al.,<br><br>            Defendants. | Case No.  1:14-cv-02057---SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>SIXTY DAY DEADLINE |

On July 15, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED;
2. The parties shall file dispositional documents within sixty days of the date of service of this order; and
3. Within ten (10) days of the date of service of this order, Defendants shall file a consent/decline form indicating whether they consent to magistrate judge jurisdiction for purposes of dismissing the case upon settlement.  If the

/ / /

/ / /

/ / /

/ / /

1

Defendants do not wish to consent they can advise the court's Courtroom Deputy, Mamie Hernandez of their decision.

IT IS SO ORDERED.

Dated: **July 15, 2015**

_____
UNITED STATES MAGISTRATE JUDGE