DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866) 790-2242
Email: daniel@malakauskas.com

Attorney for PLAINTIFF

RICK MORIN, SBN 285275
Law Office of Rick Morin
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 333-2222
Email: legal@rickmorin.net

Attorney for DEFENDANTS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>PLAINTIFF,<br><br>v.<br><br>FARZIN FIROOZMAND, FLORIA FIROOZMAND, JOGINDER SINGH dba RIVER ROAD GENERAL STORE, and DOES 1-10, inclusive,<br><br>DEFENDANTS. | Case No: 1:14-CV-02057-SAB<br><br>**STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF**<br><br>[Fed. R. Civ. P. 41] |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Respectfully Submitted,

Dated: August 3rd, 2015        /s/Daniel Malakauskas_____
                               By Daniel Malakauskas,
                               Attorney for Plaintiff


Dated: August 3rd, 2015        /s/Rick Morin_____
                               By Rick Morin
                               Attorneys for Defendants


### ORDER

**IT IS HEREBY ORDERED**, that this action be dismissed, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

Dated:   **August 10, 2015**            _____
                                        UNITED STATES MAGISTRATE JUDGE

Stipulated Dismissal with Order Granting Thereof

2